UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KYMBERLEIGH STEWART,<br>　　　Plaintiff,<br><br>Vs.<br><br>(1) AMERICA AUTO PARKS, LLC d/b/a<br>AMERICAN PARKING; and<br>(2) WALLACE CLAY, an individual<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 16-cv-112-JHP-FHM<br>)<br>)<br>)<br>)<br>) |

JOINT STIPULATION OF DISMISSAL OF DEFENDANTS
WITHOUT PREJUDICE

Plaintiff, Kymberleigh Stewart, by and through her respective counsel of record, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal without prejudice of all the claims between the Plaintiff and Defendants in the above styled and numbered cause, with each party to bear their own attorney fees and costs.

Respectfully Submitted,

/s/ Julia D. Allen

_____
Julia D. Allen, OBA#16305
3400 East 33rd Street
Tulsa, Oklahoma 74135
(918) 585-5500
(918) 392-0510 facsimile

/s/ Jo Lynn Jeter

_____

Jo Lynn Jeter, OBA #20252
Barrett L. Powers, OBA #32485
NORMAN WOHLGEMUTH
CHANDLER JETER BARNETT &
RAY, P.C.
2900 Mid-Continent Tower
401 South Boston Ave.
Tulsa, OK 74103